**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David GONZALEZ–TADEO,**
**Defendant–Appellant.**

No. 04-30310.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Michelle R. Mallard, United States Attorney, Pocatello, ID, for Plaintiff–Appellee.

Steven V. Richert, Federal Defenders of Eastern Washington and Idaho, Pocatello, ID, for Defendant–Appellant.

Before: O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

UNITED STATES of America,
Plaintiff–Appellee,

v.

Alejandro **MANJARREZ–ZUNIGA**, aka **Alexander Garcia–Lopez aka Alex Zuniga–Lopez aka Alex Zu Iay Lopez**, Defendant–Appellant.

No. 03–10556.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.[*]

Decided Aug. 4, 2005.

MEMORANDUM [**]

David Gonzalez–Tadeo appeals his 37–month sentence imposed after pleading guilty to unlawful re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 18 U.S.C. § 3742.

Gonzalez–Tadeo contends that his prior conviction under Idaho's statute for battery with intent to commit a serious felony is not a categorical crime of violence, and the enhancement violated *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir.2005) (en banc). We reject this contention. *See United States v. Smith*, 390 F.3d 661, 666–67 (9th Cir.2004) (noting that a modified categorical approach does not permit inquiry into the underlying facts of conviction and that *Apprendi* is not violated in such prior conviction determinations); *see also United States v. Quintana–Quintana*, 383 F.3d 1052, 1053 (9th Cir.2004) (order).

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, we remand the sentence for further proceedings consistent with *Ameline*, 409 F.3d at 1084–85. *See United States v. Hermosa–Garcia*, 413 F.3d 1085, 1089 (9th Cir.2005).[1]

SENTENCE REMANDED.

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Appellant's request for oral argument is denied.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).